NAME: Jarred Earnest

PRISON IDENTIFICATION/BOOKING NO.: 07378-2

ADDRESS OR PLACE OF CONFINEMENT: Atascadero State Hospital

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

FILED
CLERK, U.S. DISTRICT COURT

APR 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Fee Due
Related
ODJ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 5:22cv655-JAK-DFM

CV 2600021
To be supplied by the Clerk of the United States District Court

FULL NAME (Include name under which you were convicted): Jarred Tyler Earnest

Petitioner,

v.

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER: San Berardino County

Respondent.

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
**28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION: SBC
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   255 East Temple Street, Suite TS-134
   Los Angeles, California 90012

Jarred Earnest

(4) Grounds raised (list each):
    (a) I'm filing an appeal for motions filed
    (b) motion show proof of evidence
    (c) motion to ward evidence
    (d) motion to surpress evidence
    (e)
    (f)

(5) Date of decision:

(6) Result:

(7) Was an evidentiary hearing held?  ☐ Yes  ☒ No

b. (1) Name of court: San Bernardino County white feathers
   (2) Case number: 2100007
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing):
   (4) Grounds raised (list each):
     (a)
     (b)
     (c)
     (d)
     (e)
     (f)
   (5) Date of decision:
   (6) Result:

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

c. (1) Name of court:
   (2) Case number:
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing):
   (4) Grounds raised (list each):
     (a)
     (b)
     (c)
     (d)
     (e)
     (f)

Jarred Earnest 073738-7
_____
Petitioner

_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
*IN FORMA PAUPERIS***

I, Jarred Tyler Earnst _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☐ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

   _____

3. Do you own any cash, or do you have money in a checking or savings account?  *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No



Jarred Tyler Earnest 07378-2
Atascadero State Hospital
PO Box 7001 unit 7
Atascadero CA 93423

United States District Court
Clerk Central District CA
411 West Fourth St Suite 1053
Santa Ana CA 92701-4516

SANTA BARBARA CA 931
13 APR 2022 PM 3 L

92701-451653

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 15 2022
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY