# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JARRED TYLER EARNEST,<br><br>Petitioner,<br><br>v.<br><br>SAN BERNARDINO COUNTY,<br><br>Respondent. | No. ED CV 22-00655-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Petition without prejudice for lack of prosecution and failure to exhaust state remedies.

Date: October 13, 2022

JOHN A. KRONSTADT
United States District Judge