JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JARRED TYLER EARNEST, | No. ED CV 22-00655-JAK (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed without prejudice for lack of prosecution and failure to exhaust state remedies.

Date: October 13, 2022

JOHN A. KRONSTADT
United States District Judge